**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-13-0530 |
| | * | |
| KENNETH RONALD ROBINSON, | * | FILED UNDER SEAL |
| a/k/a "Kenny," | * | |
| a/k/a "Keith," | * | |
| JEFFREY CLARK, | * | |
| a/k/a "Cripple on a Budget," | * | |
| CRAIG JUDY, | * | |
| CHERALYN CRAWFORD, | * | |
| a/k/a "Rachel," | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL INDICTMENT

The United State of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland and Ayn Ducao, Assistant United States Attorney for said District, respectfully requests an order from the Court sealing the Indictment and the present motion in this case, and in support states the following: Two of the defendants have not been arrested. The other two defendants are in custody but, if alerted to the indictment, may advise the at-large defendants of the pending indictment.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Ayn B. Ducao
Ayn B. Ducao
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800