**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -1 P 4: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-13-0530 |
| | * | |
| KENNETH RONALD ROBINSON, | * | FILED UNDER SEAL |
| a/k/a "Kenny," | * | |
| a/k/a "Keith," | * | |
| JEFFREY CLARK, | * | |
| a/k/a "Cripple on a Budget," | * | |
| CRAIG JUDY, | * | |
| CHERALYN CRAWFORD, | * | |
| a/k/a "Rachel," | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

*******

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment in the captioned case and the reasons set forth therein, it is this _____1st_____ day of October, 2013,

**ORDERED**, that the Indictment and Motion to Seal in the captioned case be and it hereby is **SEALED**.

_____
United States Magistrate Judge