IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -3 P 4: 36

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-13-0530 |
| KENNETH RONALD ROBINSON, | * | |
|    a/k/a "Kenny," | * | |
|    a/k/a "Keith," | * | |
| JEFFREY CLARK, | * | |
|    a/k/a "Cripple on a Budget," | * | |
| CRAIG JUDY, | * | |
| CHERALYN CRAWFORD, | * | |
|    a/k/a "Rachel," | * | |
| | * | |
| Defendants | * | |

*******

## MOTION TO UNSEAL INDICTMENT

The United State of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland and Ayn Ducao, Assistant United States Attorney for said District, The United States of America, respectfully requests an order from the Court unsealing the Indictment in this case, and in support states the following:

1. The defendants Kenneth Ronald Robinson and Cheralyn Crawford have been arrested pursuant to an arrest warrant and will be brought before the Court for their respective initial appearances on October 3, 2013.

2. As the defendants will be brought in for their respective initial appearances in court, the Government will have to provide each defendant with a copy of the indictment.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Ayn B. Ducao

Ayn B. Ducao
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800