IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. RDB-13-0530 |
| KENNETH RONALD ROBINSON, <br>    a/k/a "Kenny," <br>    a/k/a "Keith," <br> JEFFREY CLARK, <br>    a/k/a "Cripple on a Budget," <br> CRAIG JUDY, <br> CHERALYN CRAWFORD, <br>    a/k/a "Rachel," <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

*******

## ORDER

Upon consideration of the Government's Motion to unseal the Indictment in the captioned case and the reasons set forth therein, it is this 3RD day of October 2013,

**ORDERED**, that the Indictment in the captioned case be and it hereby is **UNSEALED**.

_____
United States Magistrate Judge