**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.
Kenneth Ronald Robinson

) Case No. RDB-13-0530
)
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kenneth Ronald Robinson,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Sex Trafficking, 18 U.S.C. 1594(c); Sex Trafficking 18 U.S.C. 1591(a)

Date: October 1, 2013

*Issuing officer's signature*

Timothy J. Sullivan, USMJ

City and state: Baltimore, MD

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/3/2013, and the person was arrested on *(date)* 10/3/2013 at *(city and state)* Baltimore, MD. |
| Date: 10/3/2013 |
| *Arresting officer's signature* |
| Patrick T. Wim, Special Agent |
| *Printed name and title* |