**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED
2013 OCT -3 P 4: 37
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

FILED
2013 OCT -2 P 4:30
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

U.S. MARSHAL
BALTIMORE, MD
2013 OCT -2 PM 2:45

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.
Cheralyn Crawford

Case No. RDB-13-0530

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cheralyn Crawford,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Sex Trafficking, 18 U.S.C. 1594(c)

Date: October 1, 2013

*Issuing officer's signature*

Timothy J. Sullivan, USMJ
*Printed name and title*

City and state: Baltimore, MD

### Return

This warrant was received on *(date)* 10/3/2013, and the person was arrested on *(date)* 10/3/2013
at *(city and state)* Baltimore, MD.

Date: 10/3/2013

*Arresting officer's signature*

Patrick T. Winn, Special Agent
*Printed name and title*